# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Leewanicki V. Heasty | ) Case No: 3:01CR31-6 |
| | ) USM No: 16563-058 |
| Date of Previous Judgment: 12/10/01 | ) Haakon Thorsen |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ___ to ___ months    Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Amendment 706 has no effect on the defendant's sentence due to the defendant's career offender status and the guideline range for imprisonment of life that applied (prior to any departure) both before and after passage of the amendment. It is noted that the defendant's attorney has withdrawn the motion for sentence reduction so it can be re-filed at a later date,

Except as provided above, all provisions of the judgment dated 12/10/01 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 17, 2009

*Frank D. Whitney*
Frank D. Whitney
United States District Judge

Effective Date: _____
(if different from order date)